THOMAS J. MCNALLY, Respondent, *v.* PROVIDENCE WASHINGTON INSURANCE COMPANY, Appellant.

*McNally* v. *Providence Washington Ins. Co.*, 81 App. Div. 645, affirmed. (Argued February 11, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Leroy S. Gove* and *James J. Macklin* for appellant.

*W. N. Gill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

JOHN STAATS, as Trustee under the Will of SARAH STORM, Deceased, et al., Appellants, *v.* SARAH A. STORM et al., Respondents.

(Submitted February 23, 1904; decided March 1, 1904.)

MOTION to amend remittitur. (See 177 N. Y. 571.)

Motion granted and remittitur amended by providing for a bill of costs to respondents represented by separate counsel in this court who argued the appeal either orally or by printed brief.